IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PHYLLIS HILL, et. al., | : | No. 4:CV 01-744 |
| | : | |
| Plaintiffs | : | Judge Jones |
| | : | |
| v. | : | |
| | : | |
| CITY OF SCRANTON and | : | |
| JAMES P. CONNORS, Individually | : | |
| and as Mayor, City of Scranton | : | |
| Defendants | : | |

ORDER

February 24, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is Plaintiffs' Motion to Sever Case to Allow Separate Jury Trials for Each Plaintiff ("the Motion") (doc. 232) filed on February 1, 2006. In light of Plaintiff's subsequent filings, namely a Motion to Withdrawal [*sic*] Motions to Sever and Stay (doc. 247), filed on February 22, 2006, it is clear to the Court that the Plaintiffs no longer desire to sever their cases for trial. Moreover, the Defendants did not concur in the initial Motion, which indicates their preference *not* to sever the cases for trial.[1]

---

[1] We note for the sake of clarity and completeness that Plaintiff Hickey's case has been severed and stayed pursuant to our Order dated February 22, 2006 (doc. 246) for the reasons cited therein.

1

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion (doc. 232) is DENIED.

_____
John E. Jones III
United States District Judge